**STATE of Missouri, Respondent,**

v.

**Darin E. LEWIS, Appellant.**

**No. WD 63456.**

Missouri Court of Appeals, Western District.

March 29, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2005.

Application for Transfer Denied Aug. 30, 2005.

Rebecca L. Kurz, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, and Deborah Daniels, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Darin E. Lewis, Jr., was convicted of one count of murder in the first degree, a class A felony; one count of armed criminal action, a felony; and one count of unlawful use of a weapon, a class D felony.

Mr. Lewis appeals two rulings by the trial court excluding certain evidence that he claims would have supported his claim of self-defense.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).